*E-Filed 9/8/10*

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  BRIAN C. LEWIS  (DCBN 476851)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Facsimile:   (415) 436-7234
7     E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,        )   No. CR 10-0490 RS
                                    )
14         Plaintiff,                )
                                    )   [PROPOSED] ORDER EXCLUDING
15     v.                            )   TIME FROM SEPTEMBER 7, 2010 TO
                                    )   SEPTEMBER 28, 2010
16 FRANCISCO URCIAS-CERRATO,        )
   a/k/a Francisco Urcias,          )
17 a/k/a Francisco Urkiya,          )
   a/k/a Christino Valle-Cerrato,   )
18 a/k/a Christino Ville-Serrano,   )
                                    )
19         Defendant.                )
                                    )
20

21      The parties appeared before the Honorable Richard Seeborg on September 7, 2010 for a

22 status conference before the district court.  With the agreement of counsel for both parties and the

23 defendant, the Court found and held as follows:

24      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

25 § 3161, from September 7, 2010 to September 28, 2010.  Failure to grant the requested

26 continuance would unreasonably deny defense counsel reasonable time necessary for effective

27 preparation, taking into account the exercise of due diligence and the need for defense counsel to

28 investigate certain defenses in the case.

ORDER EXCLUDING TIME
CR 10-0490 RS

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 7, 2010 to September 28, 2010, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from September 7, 2010 to September 28, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: September 7, 2010

/s/
RONALD TYLER
Counsel for Francisco Urcias-Cerrato

DATED: September 7, 2010

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9/8/10

RICHARD SEEBORG
United States District Judge

ORDER EXCLUDING TIME
CR 10-0490 RS                                -2-