*E-Filed 9/23/10*

MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0490 RS |
|    Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME FROM SEPTEMBER 28, 2010 TO OCTOBER 12, 2010** |
| FRANCISCO URCIAS-CERRATO, ) a/k/a Francisco Urcias, ) a/k/a Francisco Urkiya, ) a/k/a Christino Valle-Cerrato, ) a/k/a Christino Ville-Serrano, ) | |
|    Defendant. ) | |

     On September 7, 2010, the parties appeared before the Honorable Richard Seeborg for a status conference.  At the hearing, the case was continued until September 28, 2010 in order to allow the government to obtain and the defense to review the recording of a second deportation proceeding before an immigration judge held for the defendant.  Because the defendant appears to have used different names when encountering immigration officials, the defendant has had two deportation proceedings before an immigration judge.  The government initially obtained and produced to the defense recordings of two deportation proceedings; however, one of those recordings does not pertain to the defendant in this case.  In seeking to obtain the second

ORDER EXCLUDING TIME
CR 10-0490 RS

1  recording of immigration proceedings pertaining to the defendant, the government learned today
2  that the recording is archived and it will take approximately two weeks before government
3  counsel will have a copy of the recording to produce to the defendant.  In light of that, with the
4  agreement of counsel for both parties and the defendant, the parties now stipulate and ask the
5  Court to find and hold as follows:
6      1.  The status conference set for September 28, 2010 shall be rescheduled to October 12,
7  2010 at 10:00 a.m.
8      2.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.
9  § 3161, from September 28, 2010 to October 12, 2010.  Failure to grant the requested
10 continuance would unreasonably deny defense counsel reasonable time necessary for effective
11 preparation, taking into account the exercise of due diligence and the need for defense counsel to
12 investigate certain defenses in the case.
13     3.  Given these circumstances, the Court finds that the ends of justice served by excluding
14 the period from September 28, 2010 to October 12, 2010, outweigh the best interest of the public
15 and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C.
16 § 3161(h)(7)(A).
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

4. Accordingly, and with the consent of the defendant, the Court orders that the period from September 28, 2010 to October 12, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: September 20, 2010

/s/
RONALD TYLER
Counsel for Francisco Urcias-Cerrato

DATED: September 20, 2010

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9/22/10

RICHARD SEEBORG
United States District Judge

ORDER EXCLUDING TIME
CR 10-0490 RS                                                        -3-